437 A.2d 931

**COMMONWEALTH of Pennsylvania**

v.

**Merle (Austin) AFRICA, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided Dec. 17, 1981.

Thomas L. McGill, Jr., Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Mark Gurevitz, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

396

### ORDER

PER CURIAM.

Judgment of sentence affirmed.